**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
11/18/2008

CALEB SEQUOIA BASKIN, SB No. 226132
csbaskin@baskingrant.com
BASKIN & GRANT, LLP
730 MISSION STREET
SANTA CRUZ, CALIFORNIA  95060-3615
Tel: (831) 425-8999
Fax: (831) 425-8853

Attorneys for D&A INTERMEDIATE TERM MORTGAGE FUND III, L.P., ASSET MANAGERS INCORPORATION, JEFFREY A. DUNHAM, FCI LENDER SERVICES, INC. and MICHAEL W. GRIFFITH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VISTA FUNDING INC., <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY A. DUNHAM, ET AL. <br> Defendants. | CASE NO. C 08-4919 JW <br><br> **NOTICE OF PENDING MOTIONS AND REQUEST FOR CONSOLIDATED HEARING DATE** <br><br> Trial Date:     None Set |

PLEASE TAKE NOTICE THAT when the instant action was removed from state court, there was a pending Demurrer and Motion to Strike Complaint, filed by Defendant D&A INTERMEDIATE TERM MORTGAGE FUND III, L.P. ("Defendant"), on October 16, 2008. The motions were set for hearing on November 24, 2008.

Defendant requests that these pending motions be set for hearing by the Court on February 9, 2009, the coordinated date on which this Court will hear argument on motions to dismiss filed by the other defendants to this action, and will conduct the Case Management Conference.  For the Court's convenience, Defendants submits herewith copies of its Demurrer and related papers

/ / /

/ / /

/ / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

C 08-4919 JW
NOTICE OF PENDING MOTIONS AND REQUEST FOR CONSOLIDATED HEARING DATE

1  (attached hereto as Exh. A) and Motion to Strike Complaint and related papers (attached hereto as
2  Exh. B).
3  DATED: November 11, 2008                    BASKIN & GRANT, LLP

5                                              By:    /s/
                                                      CALEB SEQUOIA BASKIN
6                                                     Attorneys for D&A INTERMEDIATE TERM
                                                      MORTGAGE FUND III, L.P., ASSET
7                                                     MANAGERS INCORPORATED, JEFFREY A.
                                                      DUNHAM, FCI LENDER SERVICES, INC. and
8                                                     MICHAEL W. GRIFFITH

11  **IT IS SO ORDERED:**

12  The request to consolidate the hearing date is GRANTED. The moving party is to file the
    Renotice of Demuer papers (attached as Exhibit A) and the Motion to Strike (attached as
13  Exhibit B) as SEPERATE DOCKET ENTRIES to be heard on the **February 9, 2009 at 9:00
14  AM** hearing date in coordination with the pending Motions to Dismiss scheduled for that
    same date. Chambers copies are to follow in accordance to General Order 45.

16  **IT IS FURTHER ORDERED:**

17  The Court ADVANCES Defendant Richard T. Mason's Motion to Dismiss (Docket Item No.
    16) from March 2, 2009 at 9:30 AM to **February 9, 2009 at 9:00 AM** to coordinate with
18  scheduled the pending motions on that same date.

20  Dated: November 18, 2008                           *James Ware*
                                                       United States District Judge

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                                      C 08-4919 JW
NOTICE OF PENDING MOTIONS AND REQUEST FOR CONSOLIDATED HEARING DATE