IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vista Funding Inc., | NO. C 08-04919 JW |
| Plaintiff, | **ORDER TERMINATION MOTIONS AS MOOT** |
| v. | |
| Jeffrey A. Dunham, et al., | |
| Defendants. | |

On February 26, 2009, the Court issued an Order Dismissing Case Without Prejudice and terminated various motions and ordered the Clerk of Court to close the case. (<u>See</u> Docket Item No. 29.) In light of the February 26 Order, the Court also orders the Clerk of Court to terminate prior noticed motions to dismiss and to strike (Docket Item Nos. 12, 19, 20, and 22) as moot.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caleb Sequoia Baskin csbaskin@baskingrant.com
Jason Michael Heath Jason.Heath@co.santa-cruz.ca.us
Jonathan Unruh Lee jonathan.lee@usdoj.gov
Kathryn Anne Martin kam@hassard.com

Vista Funding Inc.
631 Quail Run Rd.
Aptos, California 95003

**Dated: September 30, 2009**                          **Richard W. Wieking, Clerk**

                                                       **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**